UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | CV 12-8756-PSG (FMOx) | Date: | November 6, 2012 |
|---|---|---|---|
| Title: | Causin Drama Inc et al v. ASOS PLC et al | | |

| Present: The Honorable: | Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy K. Hernandez | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

| Proceedings (IN CHAMBERS): | **ORDER TO SHOW CAUSE** |
|---|---|

On October 12, 2012, the Clerk's Office electronically filed a Notice to Counsel Re: Copyright, Patent, and Trademark Reporting Requirements directing counsel to complete and return **within 10 days** from the filing of the complaint, the appropriate Report on the Filing or Determination of an Action Regarding a Patent or Trademark (AO 120) or Report on the Filing or Determination on an Action or Appeal Regarding a Copyright (AO 121).

On November 2, 2012, the Court was informed of counsel's failure to comply with the notice requirements.

Accordingly, **IT IS HEREBY ORDERED** that plaintiff's counsel show cause in writing on or before **November 20, 2012**, why this action should not be dismissed for lack of prosecution. The Court will consider the filing of the AO120 or AO121 form on or before the above date, as an appropriate response to this Order.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be heard in this matter unless so ordered by the Court. Counsel are advised that failure to respond to this Order to Show Cause, may result in the dismissal of the entire action.

Counsel is reminded that mandatory chambers copies of all electronically filed documents must be delivered directly to Courtroom 880 the following business day before Noon. Further, copies must include the E-Filed Notice and/or E-Filed Header. Failure to comply, may result in monetary sanctions.

----        :        ----

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | CV 12-8756-PSG (FMOx) | Date: | November 6, 2012 |
|-----------|------------------------|-------|------------------|
| Title: | Causin Drama Inc et al v. ASOS PLC et al | | |

Initials of Preparer          wkh